AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/9/2016 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP. | | DEFENDANT<br>NEVRO CORP. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  US 6,895,280 B2 | 5/17/2005 | Boston Scientific Neuromodulation Corp. | |
| 2  US 7,428,438 B2 | 9/23/2008 | Boston Scientific Neuromodulation Corp. | |
| 3  US 7,437,193 B2 | 10/14/2008 | Boston Scientific Neuromodulation Corp. | |
| 4  US 7,587,241 B2 | 9/8/2009 | Boston Scientific Neuromodulation Corp. | |
| 5  US 7,891,085 B1 | 2/22/2011 | Boston Scientific Neuromodulation Corp. | |

Continued on attached sheet

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boston Scientific Corp. and<br>Boston Scientific Neuromodulation Corp.,<br><br>Plaintiffs,<br><br>v.<br><br>Nevro Corp.,<br><br>Defendant. | Civil Action No. _____ |

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK (continued)

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 6.  US 8,019,439 B2 | 9/13/2011 | Boston Scientific Neuromodulation Corp. |
| 7.  US 8,644,933 B2 | 2/4/2014 | Boston Scientific Neuromodulation Corp. |
| 8.  US 8,646,172 B2 | 2/11/2014 | Boston Scientific Neuromodulation Corp. |
| 9.  US 8,650,747 B2 | 2/18/2014 | Boston Scientific Neuromodulation Corp. |
| 10. US 9,370,664 B2 | 6/21/2016 | Boston Scientific Neuromodulation Corp. |