IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | 

C.A. No. 16-1163 (GMS)

**DEFENDANT NEVRO CORP.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nevro Corp., through its counsel of record, states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Bradford J. Badke
Ching-Lee Fukuda
Sona De
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

January 30, 2017

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Nevro Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 30, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale<br>Pilar G. Kraman<br>YOUNG CONAWAY STARGATT &TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>    *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Matthew M. Wolf<br>Edward Han<br>Marc A. Cohn<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC  20001<br>    *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)