IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 16-1163 (GMS) |

## DEFENDANT NEVRO CORP.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15(a)(2), D. Del. LR 15.1, and the Scheduling Order (D.I. 27), Defendant Nevro Corp. ("Nevro") respectfully requests leave to amend its Answer (D.I. 18) to the First Amended Complaint (D.I. 13) to assert counterclaims for (1) Violation of the Defend Trade Secrets Act, (2) Violation of Delaware Uniform Trade Secrets Act, (3) Violation of California Uniform Trade Secrets Act, and (4) Conversion, against Plaintiffs Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC").[1]  The grounds for this motion are fully set forth in the Opening Brief filed herewith.

---

[1] Pursuant to D. Del. LR 15.1, a redlined version of Defendant's amended answer and counterclaims (striking through materials to be deleted and underlining materials to be added) is attached as Exhibit 1.  A clean copy of Defendant's amended answer and counterclaims is attached as Exhibit 2.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Bradford J. Badke<br>Ching-Lee Fukuda<br>Sona De<br>Sue Wang<br>Todd M. Simpson<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>(212) 839-5300<br><br>Irene Yang<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>(415) 772 1200<br><br>September 1, 2017 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendant* |

**CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1**

Counsel for Defendants certifies that the parties have satisfied their meet-and-confer obligations pursuant to D. Del. LR 7.1.1 in connection with this Motion. In addition to the numerous letters exchanged by the parties regarding the subject matter of this Motion, counsel for Defendant met and conferred with counsel for Plaintiffs by telephone on August 22, 2017, during which counsel for Defendant requested that Plaintiffs provide a response by August 23, 2017, as to whether Plaintiffs consent to the relief requested by Defendant in this Motion. Counsel for Defendant agreed to and did provide to counsel for Plaintiffs a copy of the draft counterclaims that Defendant seeks to add to its Answer. On August 23, 2017, counsel for Defendant sent counsel for Plaintiffs a follow-up email again attaching a copy of the draft counterclaims and inquiring whether Plaintiffs would be providing a response that day, as requested on the meet and confer. Counsel for Plaintiffs responded on August 23, 2017, indicating Plaintiffs' disagreement with the issues raised in this Motion.

On August 24 and 25, 2017, counsel for Defendant again met and conferred telephonically with counsel for Plaintiffs. Between August 25 and September 1, 2017, counsel for the parties exchanged additional email correspondence in an attempt to resolve the issues raised in this Motion, but the parties reached an impasse.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and<br>BOSTON SCIENTIFIC NEUROMODULATION<br>CORP.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NEVRO CORP.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-1163 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT NEVRO CORP.'S MOTION FOR
LEAVE TO AMEND ITS ANSWER TO ASSERT COUNTERCLAIMS**

Before the Court is Defendant Nevro Corp.'s Motion for Leave to Amend its Answer to Assert Counterclaims. The Court, having considered Defendant's motion, the parties' briefing, and the relevant authorities, finds that Defendant's motion should be GRANTED.

IT IS SO ORDERED.

Dated: _____   _____
                                                            HON. GREGORY M. SLEET
                                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 1, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale<br>Pilar G. Kraman<br>YOUNG CONAWAY STARGATT &TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>    *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Edward Han<br>Matthew M. Wolf<br>Marc A. Cohn<br>William Z. Louden<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC  20001-3743<br>    *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Krista Carter<br>Edmond Ahadome<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA  94306-2112<br>    *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Soumitra Deka<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111-4024<br>    *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)