IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) ) ) C.A. No. 16-1163 (GMS) ) ) ) ) ) ) |

### NEVRO CORP.'S MOTION TO STAY BOSTON SCIENTIFIC CORP.'S AND BOSTON SCIENTIFIC NEUROMODULATION CORP.'S INFRINGEMENT CLAIMS PENDING COMPLETION OF *INTER PARTES* REVIEW

Defendant Nevro Corp. ("Nevro") respectfully moves to stay the above-captioned action pending resolution of the *inter partes* review petitions filed by Nevro. The grounds for this motion are fully set forth in the Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Nevro Corp.*

OF COUNSEL:

Bradford J. Badke
Ching-Lee Fukuda
Sona De
Todd M. Simpson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Thomas A. Broughan, III
Sharon Lee
Benjamin Huh
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, DC 20005
 (202) 736-8510

November 3, 2017

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Counsel for the parties met and conferred telephonically in an attempt to resolve the issues raised in this Motion, and the parties reached an impasse.

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., | ) ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) ) |
| v. | ) C.A. No. 16-1163 (GMS) ) |
| NEVRO CORP., | ) ) |
| Defendant and Counterclaimant. | ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANT NEVRO CORP.'S MOTION TO STAY BOSTON SCIENTIFIC CORP.'S AND BOSTON SCIENTIFIC NEUROMODULATION CORP.'S INFRINGEMENT CLAIMS <u>PENDING COMPLETION OF *INTER PARTES* REVIEW</u>**

Before the Court is Defendant Nevro Corp.'s Motion to Stay Boston Scientific Corp.'s and Boston Scientific Neuromodulation Corp.'s Infringement Claims Pending Completion of *Inter Partes* Review.  The Court, having considered Defendant's motion, the parties' briefing, and the relevant authorities, finds that Defendant's motion should be GRANTED.

IT IS SO ORDERED.

Dated: _____    _____
HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 3, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Edward Han, Esquire<br>Matthew M. Wolf, Esquire<br>Marc A. Cohn, Esquire<br>William Z. Louden, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC  20001-3743<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Krista Carter, Esquire<br>Edmond Ahadome, Esquire<br>David A. Caine, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA  94306-2112<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Soumitra Deka, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111-4024<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)