IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | C.A. No. 16-1163 (GMS) <br><br> REDACTED - PUBLIC VERSION <br><br> Original Filing Date: February 20, 2018 <br> Redacted Filing Date: February 28, 2018 |

**DEFENDANT NEVRO CORP.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT AN AFFIRMATIVE DEFENSE AND COUNTERCLAIM OF UNENFORCEABLITY DUE TO INEQUITABLE CONDUCT**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant Nevro Corp. ("Nevro") respectfully requests leave to amend its Answer to add an affirmative defense and declaratory judgment counterclaim of patent unenforceability based on inequitable conduct by Plaintiffs Boston Scientific Corp. and Boston Scientific Neuromodulation Corp., including its attorneys and named inventors.[1]  The grounds for this motion are fully set forth in the Opening Brief filed herewith.

---

[1]  Pursuant to D. Del. LR 15.1, a redlined version of Defendant's amended answer and counterclaims (striking through materials to be deleted and underlining materials to be added) is attached as Exhibit 1.  A clean copy of Defendant's amended answer and counterclaims is attached as Exhibit 2.

<table>
<tr><td>

OF COUNSEL:

Bradford J. Badke
Ching-Lee Fukuda
Sona De
Todd M. Simpson
Ketan V. Patel
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

Sharon Lee
Thomas A. Broughan III
Benjamin H. Huh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000

Nathan A. Greenblatt
SIDLEY AUSTIN LLP
1001 Page Mill Road Building 1
Palo Alto, CA  94304
(650) 565-7107

February 20, 2018

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

</td></tr>
</table>

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Counsel for the parties met and conferred telephonically in an attempt to resolve the issues raised in this Motion, and the parties reached an impasse.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br>        Plaintiffs, <br><br>  v. <br><br>NEVRO CORP., <br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-1163 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT NEVRO CORP.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT AN AFFIRMATIVE DEFENSE AND COUNTERCLAIM OF UNENFORCEABLITY DUE TO INEQUITABLE CONDUCT**

      Before the Court is Defendant Nevro Corp.'s Motion for Leave to Amend its Answer to Assert an Affirmative Defense and Counterclaim of Unenforceablity Due to Inequitable Conduct. The Court, having considered Defendant's motion, the parties' briefing, and the relevant authorities, finds that Defendant's motion should be GRANTED.

      IT IS SO ORDERED.

Dated: _____      _____
                                                                               HON. GREGORY M. SLEET
                                                                  UNITED STATES DISTRICT JUDGE