IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORP. and )
BOSTON SCIENTIFIC NEUROMODULATION )
CORP., )
)
      Plaintiffs and )
      Counter-Defendants, )
) C.A. No. 16-1163 (GMS)
v. )
)
NEVRO CORP., )
)
      Defendant and )
      Counterclaimant. )
)

## ORDER

WHEREAS, on June 12, 2018, the defendant, Nevro Corp., filed a Motion to Stay Pending Completion of *Inter Partes Review* (D.I. 238);

WHEREAS, on June 15, 2018, the parties participated in a telephone conference with the court;

WHEREAS, during the above mentioned telephone conference, the parties discussed the outstanding issues that must be resolved before the scheduled trial date, the Motion to Stay, and the status of the parties' pending Patent and Trial Appeal Board ("PTAB") action; and

WHEREAS, having considered the parties' papers, oral arguments, and the applicable law.

**IT IS HEREBY ORDERED THAT:**

1. Nevro Corp.'s Motion to Stay (D.I. 238) is **GRANTED**.

2. The entire matter pending before the court is **STAYED**. Within thirty (30) days of the completion of the PTAB proceeding the parties must submit a written Joint Status Report informing the court of the outcome.

Dated: June 15, 2018

_____
UNITED STATES DISTRICT JUDGE