

|  | WILMINGTON |
|---|---|
|  | RODNEY SQUARE |
|  | **NEW YORK** |
|  | ROCKEFELLER CENTER |

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

July 20, 2018

**VIA CM/ECF**

The Honorable Gregory M. Sleet  
United States District Court  
 for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801  

The Honorable Leonard P. Stark  
United States District Court  
 for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801  

Re: *Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, C.A. No. 16-1163-GMS

Dear Judge Sleet and Chief Judge Stark:

Briefing has been completed on Plaintiffs' Motion for Reargument or, in the Alternative, for Judicial Reassignment (D.I. 247, filed June 29, 2018). Pursuant to D. Del. LR 7.1.4, Plaintiffs respectfully request oral argument on this Motion.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)

cc: All Counsel of Record via CM/ECF and E-mail