## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP.,<br><br>            Plaintiffs,<br><br>      v.<br><br>NEVRO CORP.,<br><br>            Defendant. | C.A. No. 16-1163-CFC |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 15, 2018 (D.I. 244), and further to the Joint Status Report filed by the parties on October 4, 2018 (D.I. 255), the parties jointly provide the Court with the following update on the status of the eight[1] remaining patents that were asserted by BSC in its First Amended Complaint filed February 13, 2017 (D.I. 13), including the result of the PTAB's final written decisions in Nevro's petitions for *inter partes* review.

### U.S. Patent 6,895,280

On February 1, 2019, the PTAB issued its final written decision in the two instituted IPRs[2] involving asserted U.S. Patent No. 6,895,280, finding all currently-asserted claims in this action (claims 8, 18, 22, 23, and 24) unpatentable. *See Nevro Corp. v. Boston Sci.*

---

[1] On September 29, 2017, BSC informed Nevro that it would not pursue its infringement claims relating to the '438 Patent and the '664 Patent.

[2] The PTAB instituted both IPR2017-01812 and IPR2017-01920 on only claim 27. Following the Supreme Court's decision in *SAS*, the Board instituted on all grounds. Namely, grounds against claims 8, 18, 22-24, 26, and 27-30, and consolidated the IPRs. On February 5, 2018, the PTAB declined to institute a third IPR (IPR2017-01811) on asserted U.S. Patent No. 6,895,280. On February 16, 2018, Nevro requested a rehearing of the decision not to institute the IPR, which the PTAB denied on March 1, 2018.

*Neuromodulation Corp.*, IPR2017-01812, Paper No. 79 at 152, attached as Exhibit A.

### U.S. Patent 7,587,241

On February 4, 2019, the PTAB issued its Final Written Decision in the instituted IPR involving asserted U.S. Patent No. 7,587,241. The Board found all claims of the '241 Patent (including asserted claims 2, 8, 9, 11, 12, 15, and 17) to be unpatentable. *See Nevro Corp. v. Boston Sci. Neuromodulation Corp.*, IPR2017-01899, Paper No. 35 at 58, attached as Exhibit B.

### U.S. Patent 7,437,193

On February 6, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 7,437,193. D.I. 184, Ex. 3. On February 14, 2018, Nevro requested a rehearing of the decision not to institute the IPR, which the PTAB denied on May 31, 2018. D.I. 234, Ex. D. No appeal of the IPR on the '193 Patent is available.

### U.S. Patent 8,644,933

On May 2, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 8,644,933. D.I. 225, Ex. A. On June 1, 2018, Nevro requested a rehearing of the decision not to institute the IPR, which the PTAB denied on July 2, 2018. *See Nevro Corp. v. Boston Sci. Neuromodulation Corp.*, IPR2018-00141, Paper No. 9 at 7, attached as Exhibit C. No appeal of the IPR on the '933 Patent is available.

### U.S. Patent 7,891,085

On May 2, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 7,891,085. D.I. 225, Ex. B. Nevro did not request a rehearing of the decision not to institute the IPR. No appeal of the IPR on the '085 Patent is available.

### U.S. Patent 8,650,747

On May 3, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 8,650,747. D.I. 225, Ex. C. On June 4, 2018, Nevro requested a rehearing of the decision not to

institute the IPR, which the PTAB denied on November 29, 2018.  *See Nevro Corp. v. Boston Sci. Neuromodulation Corp.*, IPR2018-00147, Paper No. 10 at 16, attached as Exhibit D.   No appeal of the IPR on the '747 Patent is available.

### U.S. Patent  8,646,172

On May 17, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 8,646,172.  D.I. 234.  On June 18, 2018, Nevro requested a rehearing of the decision not to institute the IPR, which the PTAB denied on November 29, 2018.  *See Nevro Corp. v. Boston Sci. Neuromodulation Corp.*, IPR2018-00148, Paper No. 10 at 17, attached as Exhibit E.   No appeal of the IPR on the '172 Patent is available.

### U.S. Patent  8,019,439

On May 30, 2018, the PTAB declined to institute IPR on asserted U.S. Patent No. 8,019,439.  D.I. 234.  On June 29, 2018, Nevro requested a rehearing of the decision not to institute the IPR, which the PTAB denied on November 29, 2018.  *See Nevro Corp. v. Boston Sci. Neuromodulation Corp.*, IPR2018-00175, Paper No. 10 at 15, attached as Exhibit F.   No appeal of the IPR on the '439 Patent is available.

\* \* \* \*

As the IPRs have concluded, BSC contends that the stay should be lifted in part or in its entirety, and will be filing a motion to lift the stay.  In view of the PTAB's final written decisions finding all asserted claims of the '280 and '241 Patents unpatentable, and BSC's intent to appeal these decisions, Nevro contends that the stay should be continued pending the final resolution of these decisions, and will be opposing BSC's motion to lift the stay.

DATED: February 21, 2019

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Rodger D. Smith II* |
| Karen L. Pascale (#2903) | Rodger D. Smith II (#3778) |
| Pilar G. Kraman (#5199) | 1201 North Market Street |
| Rodney Square | P.O. Box 1347 |
| 1000 North King Street | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 658-9200 |
| (302) 571-6600 | rsmith@mnat.com |
| kpascale@ycst.com | |
| pkraman@ycst.com | Bradford J. Badke |
| | Ching-Lee Fukuda |
| Matthew M. Wolf | Sona De |
| Edward Han | Todd M. Simpson |
| Marc A. Cohn | Ketan V. Patel |
| Amy DeWitt | SIDLEY AUSTIN LLP |
| William Z. Louden | 787 Seventh Avenue |
| ARNOLD & PORTER LLP | New York, NY 10019 |
| 601 Massachusetts Ave., NW | (212) 839 5300 |
| Washington, DC 20001-3743 | |
| (202) 942-5000 | Thomas A. Broughan III |
| matthew.wolf@arnoldporter.com | Sharon Lee |
| ed.han@ arnoldporter.com | SIDLEY AUSTIN LLP |
| marc.cohn@arnoldporter.com | 1501 K. Street, N.W. |
| amy.dewitt@arnoldporter.com | Washington, DC 20005 |
| william.louden@arnoldporter.com | (202) 736-8000 |
| | *Attorneys for Defendant* |
| Krista M. Carter | |
| Edmond K. Ahadome | |
| ARNOLD & PORTER LLP | |
| 3000 El Camino Real | |
| Five Palo Alto Square | Suite 500 | |
| Palo Alto, CA 94306-2112 | |
| (650) 319-4500 | |
| krista.carter@arnoldporter.com | |
| edmond.ahadome@arnoldporter.com | |
| *Attorneys for Plaintiffs* | |