# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NEVRO CORP.,<br><br>Defendant. | C.A. No. 16-1163-CFC |

## PLAINTIFFS' MOTION TO LIFT STAY OR, IN THE ALTERNATIVE, TO BIFURCATE AND PARTIALLY LIFT STAY

Plaintiffs Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. (collectively, "BSC") hereby move to lift the stay pending *inter partes* review entered by the Court on June 15, 2018 (D.I. 244). In the alternative, BSC moves the Court to bifurcate and partially lift the stay. The bases for this motion are fully set forth in the Opening Brief filed herewith.

DATED: February 22, 2019

*Of Counsel:*

Matthew M. Wolf
Edward Han
Marc A. Cohn
Amy DeWitt
William Z. Louden
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
matthew.wolf@arnoldporter.com
ed.han@ arnoldporter.com
marc.cohn@arnoldporter.com
amy.dewitt@arnoldporter.com
william.louden@arnoldporter.com

*(Continued . . . .)*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com
*Attorneys for Plaintiffs,*
*Boston Scientific Corp. and*
*Boston Scientific Neuromodulation Corp.*

Krista M. Carter
Edmond K. Ahadome
ARNOLD & PORTER LLP
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
(650) 319-4500
krista.carter@arnoldporter.com
edmond.ahadome@arnoldporter.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 22, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Nevro Corp.:*

| | |
|---|---|
| Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | *rsmith@mnat.com* |
| Bradford J. Badke<br>Ching-Lee Fukuda<br>Sona De<br>Todd M. Simpson<br>Ketan V. Patel<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019 | *jbadke@sidley.com*<br>*clfukuda@sidley.com*<br>*sde@sidley.com*<br>*tsimpson@sidley.com*<br>*ketan.patel@sidley.com* |
| Irene Yang<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA  94104 | *irene.yang@sidley.com* |
| Nathan A. Greenblatt<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road Building 1<br>Palo Alto, CA  94304 | *ngreenblatt@sidley.com* |
| Sharon Lee<br>Thomas A. Broughan III<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC  20005 | *sharon.lee@sidley.com*<br>*tbroughan@sidley.com* |

*(Continued . . . .)*

| | |
|---|---|
| Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | *mjacobs@mofo.com* |
| Kenneth A. Kuwayti<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | *kkuwayti@mofo.com* |
| Bita Rahebi<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543 | *brahebi@mofo.com* |

February 22, 2019

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

_____
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Pilar G. Kraman (#5199) *[pkraman@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation*
*and Boston Scientific Neuromodulation Corp.*