

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

May 22, 2019

**BY E-FILE AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, C.A. No. 18-644-CFC
>
> *Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, C.A. No. 16-1163-CFC

Dear Judge Connolly:

I write on behalf of the Plaintiffs in the above-referenced actions.

### I.   Civil Action No. 18-644-CFC (*"Nevro II"*)

All parties jointly submitted that the *Nevro II* case is ready to proceed, as set forth in the Joint Status Report filed on October 4, 2018 (D.I. 17 at 2) (emphasis added):

> The parties believe that the next event which the Court needs to schedule is a hearing on Nevro's Motion to Dismiss BSC's [First Amended Complaint]. **BSC requests that the Court also calendar a Rule 16 Scheduling Conference for the earliest available date so that the parties can negotiate the Proposed Scheduling Order and related documents in parallel with the Court's decision regarding Nevro's motion to dismiss.**  It is Nevro's position that the Rule 16 Scheduling Conference should only be scheduled after Nevro's responsive pleading to any operative complaint if the [First Amended Complaint] is not dismissed in its entirety with prejudice.

Plaintiffs respectfully request that a Rule 16 Scheduling Conference be set in the *Nevro II* action at the earliest convenience of the Court, so that they may move forward to protect their patent rights, just as Nevro is doing in its own action in this Court.  *See Nevro Corp. v. Stimwave Technologies, Inc.*, 19-325-CFC.

For the convenience of the Court, the First Amended Complaint in *Nevro II* was served on July 19, 2018, and the briefing on Nevro's Motion to Dismiss (D.I. 10) was completed on October 1, 2018.

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
May 22, 2019
Page 2

### II. Civil Action No. 16-1163-CFC (*"Nevro I"*)

All parties have requested oral argument on "Plaintiffs' Motion to Lift Stay Or, in the Alternative, to Bifurcate and Partially Lift Stay" (D.I. 259). *See* D.I. 269, 270. The *Nevro I* action was filed on December 9, 2016 and stayed on June 15, 2018 (just four months before the scheduled trial date of October 22, 2018).

Plaintiffs' counsel is available at the Court's convenience if there are any questions regarding these matters.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)

cc: All Counsel of Record via CM/ECF and E-mail