IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., | ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) ) | C.A. No. 16-1163 (CFC) |
| v. | ) ) | |
| NEVRO CORP., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., | ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) ) | C.A. No. 18-644 (CFC) |
| v. | ) ) | |
| NEVRO CORP., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**NEVRO CORP.'S NOTICE OF SUBSEQUENT DEVELOPMENTS
REGARDING IPR APPEALS**

In connection with its Motion to Stay the Action Pending Completion

of *Inter Partes* Review (C.A. No. 18-644, D.I. 42) and Plaintiffs' Motion to

Consolidate, Bifurcate, and Partially Lift Stay (C.A. No. 18-644, D.I. 52; C.A.

No. 16-1163, D.I. 279), Defendant-Counterclaimant Nevro Corp. ("Nevro")

provides notice that the Court of Appeals for the Federal Circuit has scheduled oral

argument in the appeals of the Patent Trial and Appeal Board's ("PTAB") Final

Written Decisions regarding U.S. Patent Nos. 6,895,280 (the "'280 patent")

and 7,587,241 (the "'241 patent"). The '280 and '241 patents are two of the

patents that Plaintiffs asserted in C.A. No. 16-1163-CFC, the patents for which the

PTAB found the asserted claims invalid, and the patents that formed the basis for

the Court's decision to stay all proceedings in C.A. No. 16-1163-CFC. Oral

argument in both appeals is scheduled for May 4, 2020. Accordingly, any

affirmance by the Federal Circuit of the PTAB's decisions under Fed. Cir. R. 36

would be expected by early May 2020. As the Court noted during the January 16,

2020 Rule 16 Scheduling Conference in C.A. No. 18-644-CFC in discussing

Plaintiffs' request to lift the stay in C.A. No. 16-1163-CFC, it is not "practical to

proceed on multiple fronts when we might get a decision from the Federal Circuit"

within months. 1/16/2020 Hrg. Tr. at 7:13-16.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant and
Counterclaimant Nevro Corp.*

OF COUNSEL:

Bradford J. Badke
Ching-Lee Fukuda
Sharon Lee
Ketan V. Patel
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Thomas A. Broughan, III
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(202) 736-8510

Nathan A. Greenblatt
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
(650) 565-7000

March 26, 2020

3

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2020, upon the following in the manner indicated:

Karen L. Pascale, Esquire                    *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG CONAWAY STARGATT &TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*


Edward Han, Esquire                          *VIA ELECTRONIC MAIL*
Matthew M. Wolf, Esquire
Marc A. Cohn, Esquire
William Z. Louden, Esquire
Chris Moulder, Esquire
Amy DeWitt, Esquire
Tara L. Williamson, Esquire
William Young, Esquire
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC  20001-3743
*Attorneys for Plaintiffs*

Krista Carter, Esquire                                          *VIA ELECTRONIC MAIL*
Edmond Ahadome, Esquire
David A. Caine, Esquire
Michael D.K. Nguyen, Esquire
Carson D. Anderson, Esquire
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA  94306-2112
*Attorneys for Plaintiffs*

Oscar Ramallo, Esquire                                          *VIA ELECTRONIC MAIL*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA  90017-5844
*Attorneys for Plaintiffs*

Philip Smithback, Esquire                                       *VIA ELECTRONIC MAIL*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
*Attorneys for Plaintiffs*

Michael P. Kahn, Esquire                                        *VIA ELECTRONIC MAIL*
Michael N. Petegorsky, Esquire
Brooks J. Kenyon, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, Bank of America Tower
New York, NY  10036-6745
*Attorneys for Plaintiffs*

C. Brandon Rash, Esquire                                        *VIA ELECTRONIC MAIL*
Rachel J. Elsby, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC  20006-1037
*Attorneys for Plaintiffs*

Jason Weil, Esquire                                          *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103-7013
*Attorneys for Plaintiffs*


                                              */s/ Rodger D. Smith II*

                                              _____

                                              Rodger D. Smith II (#3778)