IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | C.A. No. 16-1163 (CFC) |
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | C.A. No. 18-644 (CFC) |

**NEVRO CORP.'S NOTICE OF FEDERAL CIRCUIT
<u>DECISIONS IN IPR APPEALS</u>**

In connection with its Motion to Stay the Action Pending Completion of *Inter Partes* Review (C.A. No. 18-644, D.I. 42) and Plaintiffs' Motion to Consolidate, Bifurcate, and Partially Lift Stay (C.A. No. 18-644, D.I. 52; C.A.

No. 16-1163, D.I. 279), Defendant-Counterclaimant Nevro Corp. ("Nevro") provides notice of the decisions from Court of Appeals for the Federal Circuit on appeals from the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions regarding U.S. Patent Nos. 6,895,280 (the "'280 patent") and 7,587,241 (the "'241 patent"). The '280 and '241 patents are two patents that Plaintiffs asserted in C.A. No. 16-1163-CFC.

On May 18, 2020, the Federal Circuit issued an opinion affirming the PTAB's determination that all claims of the '241 patent are unpatentable as obvious. *See Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, No. 2019-1584, D.I. 71 (Fed. Cir. May 18, 2020), attached hereto as Exhibit A.

On May 29, 2020, the Federal Circuit issued an opinion affirming the PTAB's determination that all asserted claims of the '280 patent (*i.e.*, claims 8, 18, and 22-24) are unpatentable as obvious. *See Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, Nos. 2019-1582, 2019-1635, D.I. 91 (Fed. Cir. May 29, 2020), attached hereto as Exhibit B.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Bradford J. Badke<br>Ching-Lee Fukuda<br>Sharon Lee<br>Ketan V. Patel<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300<br><br>Thomas A. Broughan, III<br>SIDLEY AUSTIN LLP<br>1501 K. Street, N.W.<br>Washington, DC 20005<br>(202) 736-8510<br><br>Nathan A. Greenblatt<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Building 1<br>Palo Alto, CA 94304<br>(650) 565-7000<br><br>June 1, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>mflynn@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorneys for Defendant and Counterclaimant Nevro Corp.* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 1, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT &TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Edmond Ahadome, Esquire<br>Thomas T. Carmack, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Edward Han, Esquire<br>Matthew M. Wolf, Esquire<br>Marc A. Cohn, Esquire<br>Amy DeWitt, Esquire<br>William Z. Louden, Esquire<br>William Young, Esquire<br>Chris Moulder, Esquire<br>Bridgette C. Boyd, Esquire<br>Michael E. Kientzle, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC  20001<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Dina M. Hayes, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL  60602<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Kahn, Esquire<br>Michael N. Petegorsky, Esquire<br>Brooks J. Kenyon, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park, Bank of America Tower<br>New York, NY  10036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| C. Brandon Rash, Esquire<br>Rachel J. Elsby, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC  20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Jason Weil, Esquire  VIA ELECTRONIC MAIL
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103
*Attorneys for Plaintiffs*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)