

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

July 7, 2020

**VIA CM/ECF**

The Honorable Colm F. Connolly
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re: *Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. v. Nevro Corp.*, C.A. No. 16-1163-CFC (CONSOL.)

Dear Judge Connolly:

      I write on behalf of Plaintiffs Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. (collectively, "BSC") to clarify an answer BSC provided in response to the Court's question about pending motions during the June 22, 2020 hearing.

      On June 11, 2020, the Court issued an Oral Order scheduling a teleconference to address Defendant Nevro Corp.'s ("Nevro") motions to stay (D.I. 42 and 105 in 18-644), BSC's Motion to Consolidate, Bifurcate, and Partially Lift the Stay (D.I. 52 in 18-644), and corresponding motions in the related 16-1163 action.  At the conclusion of the June 22 hearing, the Court asked, "[a]re there any other pending motions that I need to resolve then from the plaintiffs?"  Tr. at 32:2-3.  Plaintiffs' counsel responded that there were none.  *Id.* at 34:4-5.

      At that time, Plaintiffs' counsel understood the Court's question to refer to any motions that were the subject of the Court's June 11 Oral Order.  To the extent, however, the Court was asking about all pending motions, BSC wishes to clarify its response to include the following:

1. BSC's Partial Motion to Dismiss Nevro's Affirmative Defenses and Counterclaims, filed March 17, 2020 (D.I. 81 in 18-644).

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)

cc:  All Counsel of Record via CM/ECF and E-mail

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

26739521.1