IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., | ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) ) | C.A. No. 16-1163 (CFC) CONSOLIDATED |
| v. | ) ) | |
| NEVRO CORP., | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

**NEVRO CORP.'S MOTION TO DISMISS PLAINTIFFS'
'280 AND '241 PATENTS**

Defendant Nevro Corp. respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c) to dismiss Plaintiffs' claims of infringement of U.S. Patent Nos. 6,895,280 (the "'280 patent") and 7,587,241 (the "'241 patent"). The bases for this motion are set forth in the Opening Brief filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Bradford J. Badke<br>Ching-Lee Fukuda<br>Sona De<br>Todd M. Simpson<br>Ketan V. Patel<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>(212) 839-5300<br><br>Thomas A. Broughan III<br>Sharon Lee<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC  20005<br>(202) 736-8000<br><br>Nathan A. Greenblatt<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road Building 1<br>Palo Alto, CA  94304<br>(650) 565-7107<br><br>July 29, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>mflynn@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 29, 2020, upon the following in the manner indicated:

Karen L. Pascale, Esquire                                     *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG CONAWAY STARGATT &TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Edward Han, Esquire                                           *VIA ELECTRONIC MAIL*
Matthew M. Wolf, Esquire
Marc A. Cohn, Esquire
William Z. Louden, Esquire
Chris Moulder, Esquire
Amy DeWitt, Esquire
Tara L. Williamson, Esquire
William Young, Esquire
Bridgette C. Boyd, Esquire
Michael E. Kientzle, Esquire
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC  20001-3743
*Attorneys for Plaintiffs*

| | |
|---|---|
| Edmond Ahadome, Esquire<br>David A. Caine, Esquire<br>Michael D.K. Nguyen, Esquire<br>Carson D. Anderson, Esquire<br>Thomas T. Carmack, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA  94306-2112<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Oscar Ramallo, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street<br>Forty-Fourth Floor<br>Los Angeles, CA  90017-5844<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Philip Smithback, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Dina M. Hayes, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL  60602<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Kahn, Esquire<br>Michael N. Petegorsky, Esquire<br>Brooks J. Kenyon, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park, Bank of America Tower<br>New York, NY  10036-6745<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

C. Brandon Rash, Esquire  
Rachel J. Elsby, Esquire  
AKIN GUMP STRAUSS HAUER & FELD LLP  
Robert S. Strauss Tower  
2001 K Street, N.W.  
Washington, DC  20006-1037  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Jason Weil, Esquire  
Matthew A. Pearson, Esquire  
AKIN GUMP STRAUSS HAUER & FELD LLP  
Two Commerce Square  
2001 Market Street, Suite 4100  
Philadelphia, PA  19103  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

3