IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br>  Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br>  Defendant and Counterclaimant. | C.A. No. 16-1163 (CFC) CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Nevro Corp. ("Nevro") filed a Motion to Dismiss Plaintiffs' '280 and '241 Patents Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c) (D.I. 304), along with an Opening Brief (D.I. 305), on July 29, 2020;

WHEREAS, Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. ("Boston Scientific") filed a Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products (D.I. 319), along with a Combined Opening Brief in Support of Their Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products and an Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 321), on August 12, 2020;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Nevro shall file a Combined Answering Brief in Opposition to Boston Scientific's Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products and Reply Brief in Support of Nevro's Motion to Dismiss of no more than 5,000 words no later than August 26, 2020; and

2. Boston Scientific shall file a Reply Brief in support of its Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products of no more than 2,500 words no later than September 2, 2020.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Rodger D. Smith II* |
| Karen L Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>pkraman@ycst.com | Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>mflynn@mnat.com<br>ccucuzzella@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

August 17, 2020

2

3

SO ORDERED this ____ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE