# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | C.A. No. 16-1163-CFC-CJB (CONSOLIDATED) <br><br> **REDACTED PUBLIC VERSION** |

**DECLARATION OF MARC A. COHN IN SUPPORT OF PLAINTIFFS' CROSS-MOTION TO RE-ASSERT PREVIOUSLY-ASSERTED CLAIMS 21 AND 26 OF THE '280 PATENT AND FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS TO ADD NEW PRODUCTS**

*Of Counsel:*

Matthew M. Wolf
Edward Han
Marc Cohn
Amy DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
Matthew.Wolf@arnoldporter.com
Edward.Han@arnoldporter.com
Marc.Cohn@arnoldporter.com
Amy.DeWitt@arnoldporter.com

*(Continued . . . .)*

Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Neuromodulation Corp.*

August 12, 2020

Redacted Version:  August 18, 2020

Dina M. Hayes
Bridgette C. Boyd
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
(312) 583-2300
Dina.Hayes@arnoldporter.com
Bridgette.Boyd@arnoldporter.com

Thomas T. Carmack
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
(650) 319-4500
Tom.Carmack@arnoldporter.com

Michael P. Kahn
Michael N. Petegorsky
Brooks J. Kenyon
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
mkahn@akingump.com
mpetegorsky@akingump.com
bkenyon@akingump.com

C. Brandon Rash
Rachel J. Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000
brandon.rash@akingump.com
relsby@akingump.com

*(Continued . . . .)*

Jason Weil
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200
jweil@akingump.com

iii

I, Marc A. Cohn, declare as follows:

1. I am an attorney at Arnold & Porter Kaye Scholer LLP and am licensed to practice law in Washington, D.C. I am admitted *pro hac vice* to this Court and I am counsel for Plaintiffs and Counterclaim Defendants Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. (collectively, "Plaintiffs") in this matter.

2. I make this declaration in support of Plaintiffs' Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products.

3. Attached hereto are true and correct copies of the following documents, as referenced in Plaintiffs' Combined Opening Brief in Support of Their Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products and Answering Brief in Opposition to Defendant's Motion to Dismiss.

| Exhibit | Description |
| --- | --- |
| 1. | [SEALED] Plaintiffs' Initial Claim Charts, served June 12, 2017 |
| 2. | [SEALED] Plaintiffs' Amended Initial Claim Charts, dated July 10, 2017, corrected July 11, 2017 |
| 3. | [SEALED] Defendant's Initial Invalidity Contentions, served July 17, 2017 |
| 4. | [SEALED] Excerpts of Transcript of Rule 30(b)(6) Deposition of Jon Alan Parker, dated January 24, 2018 |

| Exhibit | Description |
|---|---|
| 5. | **[SEALED]** Excerpts of Expert Report of John R. Bone, CPA, CFF, dated April 6, 2018 |
| 6. | **[SEALED]** Nevro Corp.'s Supplemental Objections and Responses to Boston Scientific Corp. and Boston Scientific Neuromodulation Corp.'s Interrogatory Nos. 16-17, served August 7, 2020 |
| 7. | Press Release, Nevro Receives FDA Approval for Senza II™ Spinal Cord Stimulation System Delivering HF10™ Therapy, dated January 8, 2018 |
| 8. | Press Release, Nevro Announces U.S. Launch of Senza® Omnia™ Spinal Cord Stimulation System to Treat Chronic Pain, dated November 5, 2019 |
| 9. | Email from W. Louden to S. Lee RE: BSC v. Nevro, dated July 21, 2020 |

I declare under penalty of perjury that the foregoing is true and correct.

August 12, 2020                               /s/ *Marc A. Cohn*
                                              Marc A. Cohn

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 18, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Nevro Corp.:*

| | |
|---|---|
| Rodger D. Smith II | rsmith@mnat.com |
| Michael J. Flynn | mflynn@mnat.com |
| Lucinda C. Cucuzzella | ccucuzzella@mnat.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

SIDLEY AUSTIN LLP          SidleyNevroIITeam@sidley.com

| | |
|---|---|
| Bradford J. Badke | jbadke@sidley.com |
| Ching-Lee Fukuda | clfukuda@sidley.com |
| Ketan V. Patel | ketan.patel@sidley.com |
| Sharon Lee | sharon.lee@sidley.com |

787 Seventh Avenue
New York, NY 10019

Thomas A. Broughan III          tbroughan@sidley.com
1501 K Street, N.W.
Washington, DC 20005

Nathan A. Greenblatt          ngreenblatt@sidley.com
1001 Page Mill Road Building 1
Palo Alto, CA 94304

*(Continued . . . .)*

MORRISON & FOERSTER LLP

Michael A. Jacobs                  *MJacobs@mofo.com*
425 Market Street
San Francisco, California 94105-2482

Kenneth A. Kuwayti             *KKuwayti@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304-1018

Bita Rahebi                       *BRahebi@mofo.com*
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

August 18, 2020

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
*[kpascale@ycst.com]*
Pilar G. Kraman (#5199)
*[pkraman@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation*
*and Boston Scientific Neuromodulation Corp.*

25859712.1

2