# EXHIBITS 1-6 REDACTED IN THEIR ENTIRETY

# EXHIBIT 7

# Nevro Receives FDA Approval for Senza II™ Spinal Cord Stimulation System Delivering HF10™ Therapy

Superior, Non-Opioid Therapy Now Delivered in a Smaller and More Refined IPG



Case 1:16-cv-01703-CFC-CJB Document 352-1 Filed 08/18/20 Page 3 of 13 PageID #: 70803

NEWS PROVIDED BY
**Nevro Corp.** →
Jan 08, 2018, 08:00 ET

REDWOOD CITY, Calif., Jan. 8, 2018 /PRNewswire/ -- Nevro Corp. (NYSE:NVRO), a global medical device company that is providing innovative evidence-based solutions for the treatment of chronic pain, today announced that it has received FDA approval for its next-generation Senza II Spinal Cord Stimulation (SCS) System delivering HF10 therapy. The Senza II system offers the superior outcomes and clinical advantages of HF10 therapy through a smaller and more refined footprint while maintaining the performance and durability of the current Implantable Pulse Generator (IPG).

"My colleagues and I are excited about the approval of the Senza II SCS system," said Dr. Tom Simopoulos, Director of Pain Medicine and Co-Director of the Spine Center at the Beth Israel Deaconess Medical Center (an affiliate of the Harvard Medical School) in Boston, MA. "The reduced size and optimized design of the Senza II IPG allow for greater patient comfort and placement options. Most importantly, it delivers HF10 therapy, a non-opioid treatment option that provides profound and paresthesia-free pain relief for patients."

"We are pleased to have received FDA approval for Senza II so quickly after our recent CE Mark clearance. Senza II is a step forward that represents our company's commitment to continuously advancing our product portfolio," said Rami Elghandour, President and CEO of Nevro. "The smaller, refined footprint delivers the unparalleled performance of our current Senza system and is backed by the same best-in-class clinical evidence that you've come to expect from Nevro and HF10. The initial product feedback from our European customers has been excellent, and we look forward to launching Senza II in the United States."

**About the Senza II System and HF10 Therapy**
The Senza II system delivers Nevro's proprietary HF10 therapy, an SCS therapy that provides electrical pulses to the spinal cord to alleviate pain. The electrical pulses are delivered by small electrodes on leads that are placed near the spinal cord and are connected to a compact, battery-powered generator implanted under the skin. HF10 therapy is the only SCS therapy indicated to provide pain relief without paresthesia (a stimulation-induced sensation, such as tingling or buzzing, which is the basis of traditional SCS) and is also the first SCS therapy to demonstrate superiority to traditional SCS for back and leg pain in a comparative pivotal study. Nevro's innovations in SCS, including the Senza® and Senza II™ systems and HF10™ therapy, are covered by more than 140 issued U.S. and international patents.

**About Nevro**

Headquartered in Redwood City, California, Nevro is a global medical device company focused on providing innovative products that improve the quality of life of patients suffering from debilitating chronic pain. Nevro has developed and commercialized the SENZA® spinal cord stimulation (SCS) system, an evidence-based, non-pharmacologic neuromodulation platform for the treatment of chronic pain. The SENZA® system is the only SCS system that delivers Nevro's proprietary HF10™ therapy. Senza, Senza II, HF10, Nevro and the Nevro logo are trademarks of Nevro.

**Investor Relations Contact:**

Nevro Investor Relations

Katherine Bock

(650) 433-3247

ir@nevro.com

SOURCE Nevro Corp.

Related Links

http://www.nevro.com

# EXHIBIT 8

# Nevro Announces U.S. Launch of Senza® Omnia™ Spinal Cord Stimulation System to Treat Chronic Pain



Senza Omnia Offers Maximum Versatility by Delivering Nevro's Proprietary HF10 Therapy and All Other Available SCS Frequencies

NEWS PROVIDED BY
**Nevro Corp.** →
Nov 05, 2019, 07:00 ET

REDWOOD CITY, Calif., Nov. 5, 2019 /PRNewswire/ -- Nevro Corp. (NYSE: NVRO), a global medical device company that provides innovative, evidence-based solutions for the treatment of chronic pain, today announced it has received approval from the U.S. Food and Drug Administration (FDA) for the Senza® Omnia™ Spinal Cord Stimulation (SCS) System. The Omnia system is the first and only SCS system designed to deliver Nevro's proprietary HF10® therapy in addition to all other available SCS frequencies.



Senza® Omnia™ is the first and only spinal cord stimulation (SCS) system designed to deliver Nevro's proprietary HF10® therapy and all SCS frequencies between 2 and 10,000 Hz.

The Omnia system is comprised of three new components. The first is a new programmer that will make it easy for physicians to offer a wider array of waveforms across the full SCS frequency spectrum, either separately or paired together. The second element of the system is a redesigned patient remote that is smaller and more intuitive for patients to use and enhances their experience. The new remote supports greater programming capacity, allowing for the flexibility to expand on the HF10 algorithm by giving physicians the ability to provide additional waveforms. Lastly, the system comes with an updated and upgradeable implantable pulse generator. Unlike non-rechargeable systems, the Omnia system is designed to last over ten years no matter what stimulation profile is used, has conditional full body MRI approval and will be upgradeable to future waveforms and frequencies.

"We are excited to launch Nevro's next-generation spinal cord stimulation system as we believe it will allow physicians to help even more patients," said Keith Grossman, Chairman and CEO of Nevro. "The Omnia system was developed based on feedback from the pain community and has resulted in a product that Nevro is uniquely able to provide. Omnia not only

offers HF10, the most studied therapy available in the market that physicians have provided to over 53,000 patients, but it also gives physicians access to all other SCS frequencies, either independently or paired with HF10. With Omnia, our goal is to provide physicians the peace of mind that when they implant the system, they will have the versatility needed to achieve the best possible outcomes for their patients."

Other SCS systems on the market are limited to a frequency below 1500 hertz. Omnia delivers the widest range of frequencies of any SCS system, between 2 and 10,000 hertz. In addition to HF10, Omnia offers the most waveforms in a single product and can be programmed to provide waveforms independently or paired with HF10. The pairing of waveforms across frequency ranges enables dual mechanisms of action that no other system can offer.

Case 1:16-cv-01703-CFC-CJB   Document 352-1   Filed 08/18/20   Page 7 of 13 PageID #: 17081

"The FDA approval of Omnia to treat chronic pain reflects what I've seen firsthand in my practice: many people suffering from chronic pain need a versatile solution to treat the dynamic, and sometimes progressive, nature of pain," said Kasra Amirdelfan, M.D., Director of Medical Research at IPM Medical Group in Walnut Creek, California. "With Omnia, we can now offer patients the proven advantages of HF10 therapy while still having access to all other SCS frequencies. The patient response in my practice during the recent limited evaluation period has been positive and I look forward to providing the Omnia system more broadly in my practice."

In addition to the U.S. approval for Omnia, international approvals are expected in Europe during the first half of 2020 with Australia sometime during the latter part of 2020.

For more information about the OMNIA system, please visit www.nevro.com/Omnia.

**About Nevro, Inc.**

Headquartered in Redwood City, California, Nevro is a global medical device company focused on providing innovative products that improve the quality of life of patients suffering from debilitating chronic pain. Nevro has developed and commercialized the Senza spinal cord stimulation (SCS) system, an evidence-based, non-pharmacologic neuromodulation platform for the treatment of chronic pain. HF10 therapy has demonstrated the ability to reduce or eliminate opioids in ≥65% of patients across six peer-reviewed clinical studies. The Senza® System, Senza II™ System, and the Senza® Omnia™ System are the only SCS systems that deliver Nevro's proprietary HF10® therapy. Senza, Senza II, Senza Omnia, HF10, Nevro and the Nevro logo are trademarks of Nevro Corp.

To learn more about Nevro, connect with us on LinkedIn, Twitter, Facebook and Instagram.

**Media:**
Amy Cramer
650-391-3714
amy@healthandcommerce.com

**Investor Relations:**
Juliet Cunningham
Vice President, Investor Relations
650-433-3247
ir@nevro.com

SOURCE Nevro Corp.

Related Links

http://www.nevro.com

Case 1:16-cv-01703-CFC-CJB Document 352-1 Filed 08/18/20 Page 8 of 13 PageID #: 70808

# EXHIBIT 9

| | |
|---|---|
| **From:** | Louden, William |
| **Sent:** | Tuesday, July 21, 2020 9:12 AM |
| **To:** | Lee, Sharon; Sidley Nevro II Team |
| **Cc:** | Wolf, Matthew M.; Cohn, Marc A.; BOSTON SCIENTIFIC NEVRO; zzz.External.rsmith@mnat.com; Karen L. Pascale - Young Conaway Stargatt & Taylor, LLP (kpascale@ycst.com) |
| **Subject:** | RE: BSC v. Nevro |

Counsel,

I write to summarize the parties' meet and confer that took place June 17 regarding the '280 patent and consolidation.

BSC first stated that it intends to assert claims 21 and 26 of the '280 patent. BSC explained that it can assert these claims for a number of reasons, including that (i) it has previously asserted these same claims, and the parties have already exchanged infringement and invalidity claim charts, (ii) it has good cause to do so at least in light of the intervening '280 IPR decision, (iii) Nevro would not suffer any undue prejudice, and (iv) collateral estoppel does not apply. Nevro disagreed, explaining that, in its view, the '280 patent should be dismissed from the case. As discussed on the call, BSC believes that the parties are unlikely to agree on this issue and, although not necessary from our perspective, BSC will seek relief from the Court to assert claims 21 and 26.

The parties then discussed the schedule of the consolidated case and to what extent the record must be supplemented. BSC explained that it intends to assert infringement of at least some claims against Senza II and Senza Omnia in addition to Senza I. BSC also provided a preliminary list of items that, in its view, should be supplemented in light of intervening events. BSC further explained that the current schedule (1:18-cv-644, D.I. 51) could accommodate all necessary supplementations. Nevro countered that the case is not a redo, but acknowledged, as it did to the Court, that some supplementation would be necessary.

The parties agreed to continue to discuss supplementation. To that end, as Nevro requested on the call, the following is a list of items that BSC believes should be supplemented:
- Initial Disclosures (Rule 26(a)(1) and Paragraph 3 of the Del. Default Standard for Discovery)
- Infringement contentions (e.g., the '280 patent, Senza II, and Omnia)
- Fact discovery (e.g., updated information re damages, the '280 patent, Nevro's manufacture of leads since the stay, Senza II, and Omnia)
- Claim construction (terms from all asserted claims, including the '280 patent, in light of intervening IPRs)
- Expert discovery (e.g., the '280 patent, Senza II, Omnia, damages, and to account for claim constructions)

Please let us know whether Nevro agrees with BSC's list (reserving of course its dispute regarding the '280 patent). As we explained on the call, we would like to bring all disagreements regarding these issues to the Court's attention at one time.

Best,
William

_____
William Z. Louden
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743

T: +1 202.942.6909
William.Louden@arnoldporter.com | www.arnoldporter.com

**From:** Louden, William
**Sent:** Wednesday, July 15, 2020 4:57 PM
**To:** 'Lee, Sharon' <sharon.lee@sidley.com>; Sidley Nevro II Team <SidleyNevroIITeam@sidley.com>
**Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Cohn, Marc A. <Marc.Cohn@arnoldporter.com>; BOSTON SCIENTIFIC NEVRO <BOSTONSCIENTIFICNEVRO@akingump.com>; zzz.External.rsmith@mnat.com <rsmith@mnat.com>; Karen L. Pascale - Young Conaway Stargatt & Taylor, LLP (kpascale@ycst.com) <kpascale@ycst.com>
**Subject:** RE: BSC v. Nevro

That works.  Please use the following credentials: 866.802.1366; 94055109#

Thanks,
William

_____

William Z. Louden
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6909
William.Louden@arnoldporter.com | www.arnoldporter.com

**From:** Lee, Sharon <sharon.lee@sidley.com>
**Sent:** Wednesday, July 15, 2020 4:36 PM
**To:** Louden, William <William.Louden@arnoldporter.com>; Sidley Nevro II Team <SidleyNevroIITeam@sidley.com>
**Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Cohn, Marc A. <Marc.Cohn@arnoldporter.com>; BOSTON SCIENTIFIC NEVRO <BOSTONSCIENTIFICNEVRO@akingump.com>; zzz.External.rsmith@mnat.com <rsmith@mnat.com>; Karen L. Pascale - Young Conaway Stargatt & Taylor, LLP (kpascale@ycst.com) <kpascale@ycst.com>
**Subject:** RE: BSC v. Nevro

External E-mail

William,

We are available at 3:30pm ET on Friday.  If that time works for your team, please circulate a dial-in.

Thanks,
Sharon


**SHARON LEE**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7305
sharon.lee@sidley.com


> **From:** Louden, William <William.Louden@arnoldporter.com>
> **Sent:** Wednesday, July 15, 2020 1:40 PM
> **To:** Lee, Sharon <sharon.lee@sidley.com>; Sidley Nevro II Team <SidleyNevroIITeam@sidley.com>
> **Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Cohn, Marc A. <Marc.Cohn@arnoldporter.com>;

2

BOSTON SCIENTIFIC NEVRO <BOSTONSCIENTIFICNEVRO@akingump.com>; Smith, Rodger (EXTERNAL @MNAT.COM) <rsmith@mnat.com>; Karen L. Pascale - Young Conaway Stargatt & Taylor, LLP (kpascale@ycst.com) <kpascale@ycst.com>
**Subject:** RE: BSC v. Nevro

Counsel,

We believe a meet and confer is necessary to discuss the issues presented in our letters.  We are available to discuss anytime after 11 am et on Friday.  Please let us know what time works for you.

Best,
William

_____

William Z. Louden
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6909
William.Louden@arnoldporter.com | www.arnoldporter.com

**From:** Lee, Sharon <sharon.lee@sidley.com>
**Sent:** Monday, July 13, 2020 8:09 PM
**To:** Louden, William <William.Louden@arnoldporter.com>; Sidley Nevro II Team <SidleyNevroIITeam@sidley.com>
**Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Cohn, Marc A. <Marc.Cohn@arnoldporter.com>; BOSTON SCIENTIFIC NEVRO <BOSTONSCIENTIFICNEVRO@akingump.com>; zzz.External.rsmith@mnat.com <rsmith@mnat.com>
**Subject:** RE: BSC v. Nevro

External E-mail

Counsel,

Please see the attached.

Regards,
Sharon


**SHARON LEE**
Associate

**SIDLEY AUSTIN LLP**
+1 212 839 7305
sharon.lee@sidley.com


> **From:** Louden, William <William.Louden@arnoldporter.com>
> **Sent:** Thursday, July 9, 2020 6:22 PM
> **To:** Sidley Nevro II Team <SidleyNevroIITeam@sidley.com>
> **Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Cohn, Marc A. <Marc.Cohn@arnoldporter.com>; BOSTON SCIENTIFIC NEVRO

3

<BOSTONSCIENTIFICNEVRO@akingump.com>
**Subject:** BSC v. Nevro

Counsel,

Please see the attached letter.

Best,
William

_____

William Z. Louden
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6909
William.Louden@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

******************************************************************************
*********
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

******************************************************************************
*********

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com