

November 24, 2020

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

      **RE:**   *Boston Scientific Corp., et al. v. Nevro Corp.*
             <u>**C.A. No. 16-cv-1163-CFC-CJB (Consolidated)**</u>

Dear Judge Burke:

      We write to provide a status report concerning Nevro's request for additional days to review BSC's source code in Raleigh, North Carolina. This matter was addressed during the November 16, 2020 discovery teleconference and the Court requested a joint status report concerning whether the parties could agree, based upon the Court's guidance, on the contours of further source code review. The parties have since agreed that BSC will make its source code available for an additional nine days at the Raleigh offices of Ellis & Winters, between 8:30 a.m. and 5:00 p.m. from December 8-11 and December 14-18. Nevro has, in turn, agreed to provide similar accommodations to BSC if needed by BSC's experts. The parties do not believe any further action by the Court is necessary at this time.

                                                             Respectfully submitted,

                                                             /s/ Michael J. Farnan

                                                            Michael J. Farnan

cc:      Counsel of Record (via E-File)