IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORP. AND
BOSTON SCIENTIFIC NEUROMODULATION
CORP.,

    Plaintiffs and Counter-Defendants,

v.

NEVRO CORP.,

    Defendant and Counterclaimant.

C.A. No. 16-1163-CFC-CJB
CONSOLIDATED

## [PROPOSED] ORDER

This 12th day of January, 2021, having considered the parties' briefing and oral argument on Defendant and Counterclaim Plaintiff Nevro Corp.'s ("Nevro") Motion to Dismiss Plaintiffs' '280 and '241 Patents (D.I. 304) and Plaintiffs and Counter-Defendants Boston Scientific Corp. and Boston Scientific Neuromodulation Corp.'s (collectively, "BSC") Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products (D.I. 319), BSC's Partial Motion to Dismiss Nevro's Affirmative Defenses and Counterclaims (D.I. 81, filed in member case 18-644-CFC-CJB prior to consolidation), and [NEVRO: for the reasons stated by the Court at the January 6, 2021 hearing], it is **HEREBY ORDERED** that

1

1. Nevro's Motion to Dismiss Plaintiffs' '280 and '241 Patents (D.I. 304) is **GRANTED** with respect to Count IV of BSC's First Amended Complaint (D.I. 13) regarding U.S. Patent No. 7,587,241 and **DENIED** with respect to Count I of BSC's First Amended Complaint (D.I. 13) regarding U.S. Patent No. 6,895,280 (the "'280 patent") and Plaintiffs Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation's (collectively, "BSC") Cross-Motion to Re-Assert Previously-Asserted Claims 21 and 26 of the '280 Patent and for Leave to Amend Infringement Contentions to Add New Products (D.I. 319, "BSC's Cross-Motion") is **GRANTED**. The Court [NEVRO:, in view of the prejudice to Nevro in allowing BSC to reassert claims 21 and 26 of the '280 patent,] **FURTHER ORDERS**

   a. [BSC: BSC may add Nevro's Senza II and Senza Omnia Systems as products accused of infringing U.S. Patents Nos. 6,895,280; 7,437,193; 7,891,085; 8,019,439; 8,644,933; 8,646,172; and 8,650,747;]

   b. BSC's claims regarding infringement of claims 21 and 26 of U.S. Patent No. 6,895,280 are **HEREBY STAYED** and consolidated with BSC's patent infringement claims filed in C.A. No. 18-644-CFC-CJB, which are currently stayed per the Court's June 22, 2020 Oral Order;

   c. [NEVRO: BSC is **ORDERED** to pay any additional fees, costs, and expenses that Nevro incurs as a result of BSC's re-assertion of claims 21 and 26 of the '280 patent. At Nevro's discretion, Nevro shall submit

~~to BSC a request for fees and costs, including expert fees, incurred directly or indirectly as a result of BSC's re-assertion of claims 21 and 26 of the '280 patent. To the extent the parties dispute the amount of fees, costs, and expenses to which Nevro is entitled pursuant to this paragraph, the parties shall submit their disputes to the Court for resolution.]~~

d. ~~[NEVRO:~~ The Court may determine at a later time that additional relief to Nevro is warranted to further mitigate the prejudice to Nevro.~~]~~

2. BSC's Partial Motion to Dismiss Nevro's Affirmative Defenses and Counterclaims (D.I. 81, 18-644-CFC-CJB) is **DENIED** as to Nevro's counterclaim for infringement under 35 U.S.C. § 271(a) of U.S. Patent No. 10,420,935; **GRANTED** as to Nevro's counterclaim for infringement under 35 U.S.C. § 271(f) of U.S. Patent No. 10,420,935; and **DENIED WITHOUT PREJUDICE** as to Nevro's Sixth Affirmative Defense and Sixth and Seventh Claims for Relief for Unenforceability of U.S. Patents Nos. 7,496,404 and 7,177,690 Due to Inequitable Conduct (C.A. No. 18-644-CFC-CJB, D.I. 62).

Subject to the above order, the parties will proceed to trial in October 2021 on BSC's claims for infringement of U.S. Patents Nos. 7,437,193; 7,891,085; 8,019,439; 8,644,933; 8,646,172; and 8,650,747; BSC's claim for trade secret

misappropriation; and Nevro's counterclaims for infringement of U.S. Patents Nos. 9,002,460; 9,002,461; 10,076,665; 10,149,978; and 10,420,935.

_____
The Honorable Colm F. Connolly