# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

# REDACTED

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

**REDACTED**

# EXHIBIT 5

**REDACTED**

# EXHIBIT 6

**REDACTED**

# EXHIBIT 7

# REDACTED

# EXHIBIT 8

**REDACTED**

# EXHIBIT 9



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

NEVRO_DE0090294

1

# EXHIBIT 10

# REDACTED