# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

Michael J. Flynn
(302) 351-9661
mflynn@morrisnichols.com

September 13, 2021

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:   *Boston Scientific Corp. et al v. Nevro Corp.*,
            C.A. No. 16-1163 (CFC) (CJB) (Consolidated)

Dear Chief Judge Connolly:

      The parties respectfully request that a jury questionnaire be mailed to the jury pool in advance of the trial in this matter to aid in the effective and efficient *voir dire* and selection of a jury. The parties have modeled the proposed questionnaire on others that have been used by judges in the District of Delaware, but have been unable to reach agreement on all of the questions.

      The draft questionnaire is attached, with the parties' disputed questions highlighted for the Court. Specifically, Nevro requests that its proposed Question Nos. 9, 16, 17, 18, 19 and 20 be included, but BSC does not agree. The parties also disagree on the language of Question No. 2. The parties request the Court's guidance on these issues, along with any other modifications the Court may have.

      The parties are available to discuss the proposed questionnaire with the Court at its convenience, including during the Pretrial Conference scheduled for October 7, 2021.

      Respectfully,

      /s/ Michael Flynn

      Michael Flynn (#5333)
      *Counsel for Nevro Corp.*

Attachment

cc:   Counsel of record by CM/ECF and e-mail