**JUROR QUESTIONNAIRE**

The questionnaire below has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely and provide the response in the enclosed envelope. If you need additional space, please use the additional space provided at the end of this questionnaire. This information will not be used for any other purpose except to select a jury.

Name:_____ Gender:_____ Age:_____

Address:_____

1) What is the highest level of education you have achieved (please check one):
   ☐ Less than high school education     ☐ High school diploma     ☐ GED     ☐ Technical School
   ☐ Some college (no degree)     ☐ Associate's Degree (2-Year)     ☐ Bachelor's Degree (4-Year)
   ☐ Some post-graduate study (no degree)   ☐ Master's Degree     ☐ Doctoral Degree
   What degree(s), if any, have you earned? List each and your major area(s) of study:

   _____

2) Have you taken any course, had any training, or had employment related to any of the following industries/fields (please check all that apply):
   ☐ Medical Devices (including manufacture, design and/or sales)  [**Nevro**: ☐ IT     ☐ Computer Security]
   ☐ Electrical Engineering     ☐ Healthcare     ☐ Law     ☐ Accounting/Finance
   If you checked any box above, please explain: _____

   _____

3) Are you currently (please check one):
   ☐ Employed Full-Time          ☐ Retired                          ☐ Full-Time Student
   ☐ Employed Part-Time          ☐ Unemployed and looking for work
   ☐ Self-employed               ☐ Unemployed and not looking for work
   ☐ Homemaker                   ☐ Disabled

4) Regardless of your current employment status, please list all of your employment experience in the past ten years (including self-employment), beginning with your current or most recent employment:

| Dates of Employment | Occupation/Job Title | Employer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5) What is your current marital status (please check one):

   ☐ Single     ☐ Married     ☐ Separated     ☐ Divorced     ☐ Living with Partner.     ☐ Widowed

6) If married or living with a partner, please list their current and/or most recent employment experience (including self-employment):

| Dates of Employment | Occupation/Job Title | Employer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

7) Have you personally owned patents and/or trade secrets or worked for a company that owns patents and/or trade secrets?   ☐ Yes   ☐ No   ☐ Not sure
If "Yes," please describe: _____
_____

8) Have you personally or have you ever worked for a company that was involved in any type of dispute or litigation involving patent(s) and/or trade secret(s)?   ☐ Yes   ☐ No   ☐ Not sure
If "Yes," please describe: _____
_____

9) [**Nevro**: Do you believe that most companies, if given the chance, will take advantage of other companies to get what they want?   ☐ Strongly Agree   ☐ Somewhat Agree   ☐ Neutral   ☐ Somewhat Disagree   ☐ Strongly Disagree   ☐ No Opinion]

10) Have you or someone close to you ever owned a business?   ☐ Yes   ☐ No
If "Yes," please describe the business and when it was owned: _____
_____

11) Have you or someone close to you ever had any of the following experiences (for each item, please check "yes" or "no" in each of the columns):

| | | You | Someone Close To You |
|---|---|---|---|
| a. | Suffered from chronic pain | ☐ yes ☐ no | ☐ yes ☐ no |
| b. | Treated chronic pain using prescription or non-prescription pain medicine | ☐ yes ☐ no | ☐ yes ☐ no |
| c. | Suffered from addiction to prescription pain medicine | ☐ yes ☐ no | ☐ yes ☐ no |
| d. | Treated chronic pain using a non-drug alternative therapy for pain management | ☐ yes ☐ no | ☐ yes ☐ no |

If "Yes" to any of the above, please explain: _____
_____
_____
_____
_____

12) Have you or someone close to you ever had any experience with a spinal cord stimulation device— which is a device that is implanted into the body to treat chronic pain (please check all that apply)?

☐ Yes, positive experience    ☐ Yes, negative experience    ☐ No
If "Yes," please explain: _____

_____

_____

_____

If "Yes," do you have any opinion about the company that made the spinal cord stimulation device?

☐ Yes, positive opinion    ☐ Yes, negative opinion    ☐ Yes, neutral opinion    ☐ No
If "Yes," please explain: _____

_____

_____

_____

13) Do you have any experience with any of the following (for each item, please check "yes" or "no"):

| | | |
|---|---|---|
| a. | Been a plaintiff in a lawsuit (the party suing) | ☐ yes ☐ no |
| b. | Been a defendant in a lawsuit (the party being sued) | ☐ yes ☐ no |
| c. | Testified as a witness | ☐ yes ☐ no |
| d. | Served as a juror | ☐ yes ☐ no |
| e. | Been a foreperson on a jury | ☐ yes ☐ no |

If "Yes" to any of the above, please explain: _____

_____

_____

_____

14) Have you or someone close to you ever done any of the following (for each item, please check "yes or no" in each of the columns):

|  |  | You | Someone Close To You |
|---|---|---|---|
| a. | Invented, created, or developed any new idea, new product, new technology, or new product or process | ❑ yes ❑ no | ❑ yes ❑ no |
| b. | Had any experience with patents, such as developing an invention to be patented, applying for a patent, or enforcing patents or working with patents at a job | ❑ yes ❑ no | ❑ yes ❑ no |
| c. | Been involved in a dispute about patent rights or trade secret rights? | ❑ yes ❑ no | ❑ yes ❑ no |

If "Yes" to any of the above, please explain: _____

_____

_____

_____

15) Do you have any strong opinions about any of the following (for each item, please check the answer that best corresponds to you):

|  |  | I have strong positive opinions about this | I have strong negative opinions about this | I have no opinions about this |
|---|---|---|---|---|
| a. | Patents, patent owners, the patent system or patent rights | ❑ | ❑ | ❑ |
| b. | The United States Patent and Trademark Office | ❑ | ❑ | ❑ |
| c. | Trade secrets, trade secret owners, or trade secret rights | ❑ | ❑ | ❑ |

If you indicated that you have strong opinions about any of the above, please explain:

_____

_____

_____

16) [**Nevro:** How should most companies get ideas for new products?
   ☐ They should come up with completely new ideas on their own
   ☐ They should add on to existing ideas
   ☐ They should copy ideas from others
   ☐ They should purchase ideas from others]

17) [**Nevro:** Would you be uncomfortable as a juror finding a patent, which was granted by the U.S. Patent and Trademark Office, invalid?   ☐ Yes   ☐ No
   If "Yes," please explain: _____]

4

18) [**Nevro**: When an inventor receives a patent, they should always make money from that patent:
☐ Strongly Agree      ☐ Somewhat Agree     ☐ Neutral     ☐ Somewhat Disagree
☐ Strongly Disagree       ☐ No Opinion]

19) [**Nevro**: Damages awards in lawsuits today are:

☐ Too High,  ☐ Reasonable,  ☐ Too low,  ☐ No opinion]

20) [**Nevro**: Do you feel that there must be some merit to a lawsuit if a lawsuit has been filed or makes it
to the jury?      ☐ Yes    ☐ No
If "Yes," please explain: _____ ]

21) Is there any reason that you believe you cannot sit as a fair and impartial juror or anything you believe
might affect your ability to serve as a juror in this matter?      ☐ Yes      ☐ No
If "Yes," please explain: _____

_____

_____

_____


**Under penalty of perjury, I swear or affirm that the answers provided here are truthful to the best of
my knowledge.**

Signature: _____ Date: _____

### ADDITIONAL SPACE FOR EXPLANATIONS TO QUESTIONS

If you were unable to sufficiently answer any particular question in the spaces provided, please use this
area to provide that additional information and indicate the number of the question.  Thank you very
much for your cooperation.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____