IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP.,<br><br>       Plaintiffs,<br><br>    v.<br><br>NEVRO CORP.,<br><br>       Defendant. | C.A. No. 16-1163-CFC-CJB<br>CONSOLIDATED |

## [DRAFT] VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Connolly, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned Boston Scientific Corp. v. Nevro Corp. Briefly stated, this case is a civil action brought by Boston Scientific against Nevro. This trial is expected to take up to four (4) days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than the scheduled four (4) days. Our longest trial days will run approximately from 9:00 a.m. to 4:30 p.m. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of an hour, and an afternoon break of fifteen minutes.

In the light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel.  If your answer is "yes" to any question, please raise your hand, and, when recognized by me, please stand, state your name and your juror number.  When I have concluded asking all of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and, after that, the lawyers and I may ask some of you to come up to the bench to discuss your answers with just the lawyers and me.

### HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. Do you have any personal knowledge of this case, or have you read or heard anything about this case?
2. I will now read to you a list of companies and organizations.
   a. Have you or a member of your immediate family such as spouse, child, parent, or sibling ever worked for any of these companies or organizations?
   b. Do you or a member of your immediate family now own, or have you or any such member ever owned, any stocks or bonds or had any financial interest in any of those companies or organizations?

      c. Have you or a member of your immediate family had any dealings with, business relationship with, or relied financially in any way on, any of the companies or organizations?

      d. Have you or a member of your immediate family had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies or organizations?

      e. Do you possess any opinions about any of these companies or organizations that might keep you from being a fair and impartial juror in this case?

3. I will now read to you a list of the attorneys and law firms involved in this litigation.

      a. Do you or a member of your immediate family know any of the attorneys or law firms I have just named?

      b. Have any of you or your immediate families had any business dealings with, been employed, or been represented by any of those attorneys or other associates or members of the listed law firms?

4. I will now read to you a list of the individuals who might appear as witnesses in this case. Are you familiar with any of these potential witnesses?

5. Have you ever been educated, employed, trained, or had any experience in any of the following limited areas: patents, inventions, medical or surgical devices or products, electricity or electrical engineering, spinal cord stimulation, treatment of chronic pain, law, accounting, or economics?

6. Have you or someone you know ever used a spinal cord stimulation device?

7. There are a number of products involved in this case; are you familiar with any of the following spinal cord stimulation devices: Precision, Precision Plus, Precision Spectra, Spectra WaveWriter, Senza, Senza II, and Senza Omnia?

8. Do you personally know someone who has suffered from chronic pain?

9. Have you, or to the best of your knowledge, someone you know, ever had any negative or positive experience with any company that manufactures a spinal cord stimulation device?

10. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

11. Have you ever served as a juror in a civil lawsuit?

12. Have you ever had any experience with the legal system that might keep you from being a fair and impartial juror?

13. Do you have any knowledge about or experience with patents, including applying for a patent?

14. Have you ever worked for a company that had patented products or processes?

15. Have you ever been involved in the development or invention of a new product or process at a company?

16. Have you or a member of your immediate family ever been employed by or had any other contact with the United States Patent and Trademark Office?

17. Have you or a member of your immediate family ever been involved in a dispute about patent rights?

18. Do you have any beliefs or feelings about companies that manufacture medical devices?

19. Do you have any strong opinions about patents, patent rights, or the United States Patent and Trademark Office?

20. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

21. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

22. Do you have any reason or problem, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve as a member of the jury in this case?

23. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law? In this regard, keep in mind any scheduling conflicts you may have, any responsibilities you have concerning the care of others, or whether service will impose a financial hardship on you.

24. Have you or a member of your immediate family worked in the health care field?