IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | C.A. No. 16-1163 (CFC) (CJB) <br> CONSOLIDATED |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Nevro Corp. ("Nevro") to answer, move, or otherwise respond to the Third Amended Complaint (D.I. 787) is extended to October 18, 2021.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Lucinda C. Cucuzzella* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs*<br><br>September 28, 2021 | Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>mflynn@morrisnichols.com<br>ccucuzzella@morrisnichols.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE