IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NEVRO CORP.,<br><br>Defendants. | Civil Action No. 16-1163-CFC<br>CONSOLIDATED |

## ORDER

WHEREAS, on September 20, 2021 by oral order, I granted Plaintiffs' Motion for Leave to File a Third Amended Complaint (D.I. 572) and Defendant's Motion to Bifurcate Patent and Trade Secret Claims for Trial (D.I. 658), NOW THEREFORE, at Wilmington this Fifth day of October in 2021, **IT IS HEREBY ORDERED** that Nevro Corp.'s Motion to Exclude Certain Opinions of John R. Bone (No. 1) (D.I. 661), Nevro Corp.'s Motion to Exclude Certain Opinions of Eric B. Cole (No. 2) (D.I. 664), Nevro Corp.'s Motion for Summary Judgment (No. 1) (No Misappropriation) (D.I. 667), Boston Scientific's *Daubert* Motion No. 1 to Exclude Opinions of Dr. Sousan Sheldon (D.I. 669), Boston Scientific's *Daubert* Motion No. 2 to Exclude Opinions of Dr. William S. Rosenberg (D.I. 676), Nevro Corp.'s Motion for Summary Judgment (No. 3) (Failure to Identify

Trade Secrets with Reasonable Particularity) (D.I. 681), and Boston Scientific's *Daubert* Motion No. 3 to Exclude Opinions of Dr. Christopher Poletto and the Opinions of Dr. Christopher Vellturo Relying on Dr. Poletto (D.I. 685) are **DENIED** with leave to refile if and when they become ripe for adjudication.

_____
CHIEF JUDGE