

October 18, 2021

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    Re:   *Boston Scientific Corp. et al v. Nevro Corp.*
             <u>C.A. No. 16-cv-1163-CFC-CJB</u>

Dear Chief Judge Connolly:

    Pursuant to the Court's October 14, 2021 Oral Order and Defendant's decision to further simplify the case for the jury by removing its indefiniteness and lack of written description defenses, attached are the following revised documents:

1. Exhibit A—Plaintiffs' Revised Proposed Verdict Sheet; and
2. Exhibit B—Defendant's Revised Proposed Verdict Sheet.

    We are available at the Court's convenience should Your Honor have any questions.

                                         Respectfully submitted,

                                         /s/ Michael J. Farnan

                                         Michael J. Farnan

cc: Counsel of Record (Via E-Filing)