IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>NEVRO CORP.,<br><br>Defendant. | C.A. No. 16-1163-CFC-CJB<br>CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

The parties agree, subject to the Court's approval, that the deadline for Plaintiffs to respond to Nevro Corp.'s Motion to Dismiss BSC's Third Amended Complaint (D.I. 796) is extended to November 22, 2021, the deadline for Nevro Corp. to file its Reply Brief in support of its Motion to Dismiss BSC's Third Amended Complaint is extended to December 13, 2021, and the deadline for Plaintiffs to respond to Nevro Corp.'s Answer, Affirmative Defenses, and Counterclaims to Third Amended Complaint (D.I. 800) is extended to November 23, 2021.

Dated: November 1, 2021

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
  *Attorneys for Plaintiffs*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com
  *Attorneys for Defendant*

IT IS SO ORDERED this 2nd day of November, 2021

_____
The Honorable Colm F. Connolly